NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE GALINDO,<br><br>Defendant. | 2:19-cr-00215-APG-BNW<br><br>**Stipulation to Enlarge Motion Response (first request)** |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Paul Riddle, AFPD., counsel for defendant Galindo;

That the Government's deadline to respond to Defendant's Motion to Suppress,

*///*

*///*

*///*

ECF No. 22, currently due Friday, May 29, 2020, shall be extended to Thursday June 4, 2020.

DATED this 28th day of May, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kevin Schiff*
Kevin D. Schiff
Assistant United States Attorney

*/s/ Paul Riddle*
Paul Riddle, Esq.
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ENRIQUE GALINDO,<br><br>        Defendant. | 2:19-cr-00215-APG-BNW<br><br>**Order Pursuant to Stipulation of the Parties** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court extends the deadline for the Government to respond to Defendant's Motion to Suppress, ECF. No. 22, from Friday May 29, 2020, until Thursday June 4, 2020.

IT IS SO ORDERED

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: 5/29/2020

3