RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Enrique Galindo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ENRIQUE GALINDO,<br><br>            Defendant. | Case No. 2:19-cr-00215-APG-BNW<br><br>**STIPULATION TO CONTINUE DUE DATE FOR OBJECTIONS TO THE REPORT & RECOMMENDATION**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Enrique Galindo, that the Objections to Report & Recommendation currently due on August 19, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

      This Stipulation is entered into for the following reasons:

      1.    Defense counsel received the transcript from the Suppression Hearing on Monday, August 17, 2020 and needs additional time to review the transcript and author objections.

      2.    The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Objections to Report & Recommendation.

DATED this 18th day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By */s/ Kevin D. Schiff*<br>KEVIN D. SCHIFF<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ENRIQUE GALINDO,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00215-APG-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Objections to Report & Recommendation currently scheduled for Wednesday, August 19, 2020, be vacated and continued to  August 28, 2020  at the hour of  5 : 00  p.m.; or to a time and date convenient to the court.  DATED this 19th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

3