**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00215-APG-BNW |
| Plaintiff | **Order Accepting Magistrate Judge's Report and Recommendation on Motion to Suppress** |
| v. | |
| ENRIQUE GALINDO, | [ECF Nos. 22, 42] |
| Defendant | |

Defendant Enrique Galindo filed a motion to suppress the firearm that police officers seized from him. ECF No. 22. After conducting an evidentiary hearing, Magistrate Judge Weksler recommended that the motion to suppress be denied. ECF No. 42. Mr. Galindo filed an objection to that recommendation and the Government responded by referring to its earlier opposition to the motion. I have conducted a *de novo* review of the motion to suppress and related papers as required by Local Rule IB 3-2(b). Judge Weksler's Report and Recommendation sets forth the proper legal analyses and factual bases for the decision, and I adopt it as my own.

I HEREBY ORDER that Magistrate Judge Weksler's Report and Recommendation **(ECF No. 42) is accepted**. Mr. Galindo's motion to suppress **(ECF No. 22) is denied.**

Dated: October 2, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE