UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>ENRIQUE GALINDO,<br><br>              Defendant. | Case No. 2:19-cr-00215-APG-VCF<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 14, 2021 at 1:30 p.m.., be vacated and continued to February 1, 2022 at the hour of 10:30 a.m. in Courtroom 6C.

   DATED this 13th day of December 2021.

_____
UNITED STATES DISTRICT JUDGE