RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Enrique Galindo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00215-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| ENRIQUE GALINDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Enrique Galindo, that the Revocation Hearing currently scheduled on March 9, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Galindo recently started intensive substance abuse treatment, and his treatment has increased to three sessions per week. The parties have agreed to allow Mr. Galindo time to get adjusted to treatment and see if he can continue to comply with the conditions.

1   2.      The defendant is out of custody and agrees with the need for the continuance.

2   3.      The parties agree to the continuance.

3       This is the third request for a continuance of the revocation hearing.

4       DATED this 2nd day of March 2022.

5   RENE L. VALLADARES                    CHRISTOPHER CHIOU
    Federal Public Defender               Acting United States Attorney

6

7

8   By /s/ Aden Kebede                     By /s/ Jean Ripley

    ADEN KEBEDE                            JEAN RIPLEY
    Assistant Federal Public Defender      Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00215-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| ENRIQUE GALINDO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, March 9, 2022 at 9:00 a.m.., be vacated and continued to April 14, 2022 at the hour of 9:00 a.m. in Courtroom 6C. .

DATED this 3rd day of March 2022.

_____
UNITED STATES DISTRICT JUDGE

3