RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Enrique Galindo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENRIQUE GALINDO,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00215-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Enrique Galindo, that the Revocation Hearing currently scheduled on April 14, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Galindo has recently left the halfway house and is continuing his intensive treatment. The parties have agreed to allow Mr. Galindo time to get adjusted to treatment and see if he can continue to comply with the conditions.

　　　　2.　　The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 11th day of April 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ *Jean Ripley*<br>JEAN RIPLEY<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENRIQUE GALINDO,<br><br>　　　　Defendant. | Case No. 2:19-cr-00215-APG-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, April 14, 2022 at 9:00 a.m.., be vacated and continued to July 21, 2022 at the hour of 10 : 30 a .m. in Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 12th day of April 2022.

_____
UNITED STATES DISTRICT JUDGE

3