RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Enrique Galindo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENRIQUE GALINDO,<br><br>　　　　Defendant. | Case No. 2:19-cr-00215-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Enrique Galindo, that the Revocation Hearing currently scheduled on July 27, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties have negotiated a resolution whereby Mr. Galindo will return to the halfway house for a period of 60 days. At this time, he will also continue his intensive treatment. If Mr. Galindo complies with the conditions during this period, the parties have agreed to dismiss the petition without prejudice.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 25th day of July 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By */s/ Jean Ripley*<br>JEAN RIPLEY<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ENRIQUE GALINDO,<br><br>      Defendant. | Case No. 2:19-cr-00215-APG-VCF<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 27, 2022 at 1:30 p.m.., be vacated and continued to September 29, 2022 at the hour of 1:30 p.m.; in Las Vegas Courtroom 6C; or to a time and date convenient to the court.  DATED this 27th day of July 2022.

_____
UNITED STATES DISTRICT JUDGE

3