Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**August 4, 2022**

Name of Offender: **Enrique Galindo**

Case Number:  **2:19CR00215**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **August 25, 2021**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 13, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Residential Reentry Center – You must reside in a residential reentry center for a term of 90 days. You must follow the rules and regulations of the center.**

## CAUSE

By way of case history, on August 25, 2021, Enrique Galindo was sentenced by Your Honor to 24 months imprisonment followed by three (3) years supervised release for committing the offense of Felon in Possession of a Firearm. On September 13, 2021, Galindo commenced supervision in the District of Nevada.

Galindo has been pending revocation since November 2021, just two months into starting supervision. He has been afforded the opportunity to get back on track through multiple continuances.

RE: Enrique Galindo

Prob12B
D/NV Form
Rev. June 2014

When Galindo was first pending revocation in November 2021, he was supposed to enter the C.A.R.E. Program. Galindo reported that he needs to be able to maintain employment to support his family, and this proposal would allow him to continue to work while getting the treatment he needed to regain his sobriety. If Galindo attended treatment, was stable and in compliance with his supervision conditions, then at the 60-day mark of residing at the RRC, he will be allowed to return to his residence. In a good faith effort to work with Galindo, the undersigned agreed to intensive outpatient treatment in which he would attend counseling for one hour per day, three days a week. This would give Galindo the opportunity that he wanted to work. Galindo participated in treatment but did not obtain employment.

In approximately February 2022, Galindo finally obtained employment; however as soon as he was authorized to release from the RRC, he reported that he quit his job around the end of March 2022. Since that time, the undersigned officer continued to try to get Galindo back into compliance. Galindo has been unemployed until July 2022.

Additionally, in total, he has tested positive and/or admitted to drug use on six (6) occasions; five times for methamphetamine and once for cocaine. Additionally, he has missed two treatment sessions. Moreover, he has submitted multiple urine specimens that have been deemed diluted by the national contracted laboratory, indicating he is attempting to commit subterfuge to avoid detection of illicit drug use.

As a final opportunity to allow Galindo to become fully compliant, we are proposing to the Court that Galindo reside at the RRC for a period of 90 days for him to be in a structured environment. All parties have agreed to this proposal and Galindo has also agreed with the proposed modification as witnessed by his signature on the attached Waiver of Hearing to Modify Conditions of Supervision.

Galindo's revocation hearing is currently scheduled for September 29, 2022. During the hearing, Your Honor will be updated on Galindo's progress and compliance.

Respectfully submitted,

Digitally signed by
Annis Seopaul Sones
Date: 2022.08.11
09:20:58 -07'00'

Annis C. Seopaul Sones
United States Probation Officer

RE: Enrique Galindo

Prob12B
D/NV Form
Rev. June 2014

Approved:

_____
Digitally signed by Amberleigh Barajas
Date: 2022.08.07 00:48:01 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

## THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

_____August 12, 2022_____
Date