JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jean.Ripley@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ENRIQUE GALINDO,<br><br>    Defendant. | Case No. 2:19-cr-00215-APG-VCF<br><br>**Stipulation To Dismiss October 20, 2022 Status Hearing** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for defendant ENRIQUE GALINDO, that the status hearing in the abovementioned case, which is currently scheduled for October 20, 2022, at 9:00 a.m., be vacated for the following reasons:

1.	United States Probation Officer Annis Seopaul Sones has advised that Mr. Galindo is scheduled to enter in-patient treatment on October 20, 2022, for approximately 90 days.

2.	Ms. Seopaul Sones has further advised that Mr. Galindo has not had a positive drug test following the September 29, 2022 revocation proceeding.

1

3. The defendant does not object to vacating the October 20, 2022 status hearing.

DATED this 18th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /a/ Aden Kebede<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ Jean N. Ripley<br>JEAN N. RIPLEY<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>ENRIQUE GALINDO,<br><br>             Defendant. | Case No. 2:19-cr-00215-APG-VCF<br><br>**Order Vacating October 20, 2022 Status Hearing** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. United States Probation Officer Annis Seopaul Sones has advised that Mr. Galindo is scheduled to enter in-patient treatment on October 20, 2022, for approximately 90 days.

2. Ms. Seopaul Sones has further advised that Mr. Galindo has not had a positive drug test following the September 29, 2022 revocation proceeding.

3. The defendant does not object to vacating the October 20, 2022 status hearing.

THEREFORE, IT IS HEREBY ORDERED that the October 20, 2022, status hearing in the above-captioned revocation matter is vacated. The defendant is continued on supervised release with all of the previously imposed conditions.

DATED this __19th__ day of October, 2022.

_____
HONORABLE ANDREW P. GORDON
United States District Court Judge